**NATIONAL LABOR RELATIONS BOARD v. ALLSTEEL PRODUCTS MANUFAC- TURING COMPANY, Inc.**

No. 2105.

Circuit Court of Appeals, Tenth Circuit.

May 2, 1940.

Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Foulston, Siefkin, Foulston & Morris, George B. Powers, and Carl T. Smith, all of Wichita, Kan., for respondent.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Application granted. Consent decree entered pursuant to stipulation of the parties.

**OKLAHOMA SOUTHERN TRUST, an Express Trust, and A. J. Diffie, v. SECURITIES AND EXCHANGE COMMISSION.**

No. 2016.

Circuit Court of Appeals, Tenth Circuit.

April 22, 1940.

Elmer J. Lundy and Logan Stephenson, both of Tulsa, Okl., for appellants.

Chester T. Lane, Gen. Counsel, Securities and Exchange Commission, and Christopher M. Jenks, Asst. Gen. Counsel, Securities, and Exchange Commission, both of Washington, D. C., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Cause remanded, judgment of the district court entered October 3, 1939, vacated, and proceeding dismissed per stipulation.

**Boleslaw PALINSKI, Appellant, v. UNITED STATES of America, Appellee.**

No. 8225.

Circuit Court of Appeals, Sixth Circuit.

April 8, 1940.

Rowland W. Fixel, of Detroit, Mich., for appellant.

John C. Lehr and Francis X. Norris, both of Detroit, Mich., and Julius C. Martin, Wilbur C. Pickett, and Fendall Marbury, all of Washington, D. C., for appellee.

Before SIMONS, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

On appeal from a judgment of no cause of action in favor of the United States in a suit upon a policy of war risk insurance, it appearing that there was no reversible error in peremptorily instructing the jury in view of the work record of the assured, it is hereby ordered that the judgment below be and it is hereby affirmed.

**B. D. RITHOLZ et al. v. Carl E. BAILEY, as Governor, etc., et al.**

No. 11732.

Circuit Court of Appeals, Eighth Circuit.

April 26, 1940.

Frankel & Frankel, of Little Rock, Ark., for appellants.

Eugene R. Warren and Lee Cazort, Jr., both of Little Rock, Ark., for appellees.

PER CURIAM.

Appeal from District Court docketed and dismissed on motion of appellees, at costs of appellants.